```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                      DATE: 24 August 2011

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                              Docket # 2:11cr561-1

U.S.A.  v.  Richard Piscioota, Jr.

Appearances:

AUSA    Debra Brooks & Charles Reilly
D       John Whipple & Adalgiza Nunez


Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 13 February 2012 at 9:30am
ORDERED bail set at $100,000.00 PR Bond


Time Commenced    9:00
Time Adjourned    9:30


cc: chambers                                Scott P. Creegan
                                            Deputy Clerk