UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

.UNITED STATES OF AMERICA       :
                                :
                                :   CRIMINAL NO. 2: 11 cr 561-1 (DMC)
v.                              :
                                :
                                :
RICHARD J. PISCIOTTA, JR.,      :
                                :
                                :
          Defendant.            :

---

## ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, rather than through individual notices to the crime victims.

**IT IS SO ORDERED.**

DATED this 24 day of August, 2011.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE