# Whipple Azzarello, LLC
ATTORNEYS AT LAW

JOHN C. WHIPPLE+         161 Madison Avenue, Suite 325        JOHN A. AZZARELLO*
Morristown, New Jersey 07960
(973) 267-7300

+Certified by the Supreme Court                                 *Also Admitted in New York
of New Jersey as a Criminal Trial Attorney

December 13, 2013

**ELECTRONICALLY FILED**

Clerk's Office
United States District Court, District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:     **United States of America v. Richard Pisciotta**
         **Criminal No. 11-00561 (DMC)**

Dear Sir/Madam:

      I represent Defendant Richard Pisciotta in the above referenced matter. This letter is intended to advise the Court and all counsel of record that effective December 1, 2013 the name, address, telephone number and email address of my law firm has changed. The following is the new information.

John C. Whipple, Esq.
Whipple Azzarello, LLC
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Telephone: 973-267-7600    /    Facsimile: 973-267-0031
Email: jcwhipple@whippleazzarellolaw.com

      Thank you.

                                         Very truly yours,

                                         **WHIPPLE AZZARELLO, LLC**

                                         By:    s/John C. Whipple
                                                 John C. Whipple (JW 1591)

JCW:dn